# EMERGENCY MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Vivos Therapeutics, Inc.,

    Plaintiff,

v.

Dr. Gurdev Dave Singh and Dr. Rod Willey,

    Defendants.

## DECLARATION OF R. KIRK HUNTSMAN

1. I, R. Kirk Huntsman, am over 18 years of age.

2. I am the Chief Executive Officer of Vivos Therapeutics, Inc.

*Vivos' Business*

3. Vivos is a medical device technology company focused on the development and commercialization of innovative solutions for patients with sleep-disordered breathing, including obstructive sleep apnea, that develops and markets a number of specially designed, customized and pre-formed oral appliances, which are integrated into a patient-specific, multi-disciplinary clinical protocol that is used by trained dental and medical providers.

4. Vivos is focused on the development and commercialization to dental practices of a patented oral appliance technology and related treatments called The Vivos Method.

5. Vivos believes that its proprietary oral appliances and associated protocols represent a significant improvement in the treatment of mild to moderate obstructive sleep apnea ("OSA") versus other available treatments or protocols.

6. The Vivos Method, an advanced therapeutic protocol, represents the first non-surgical, non-invasive and cost-effective treatment for people with dentofacial abnormalities and/or mild to moderate OSA and snoring in adults.

7. The Vivos Method often combines the use of customized oral appliance specifications and proprietary clinical protocols developed by Vivos and prescribed by specially trained dentists in cooperation with medical colleagues.

8. As part of its business, Vivos has relationships with a vast network of dental and medical providers who offer Vivos' appliances to patients.

9. Vivos offers the Vivos Integrated Practice ("VIP") program, which trains providers on various aspects of the Vivos system, including case selection, clinical diagnosis, appliance design, adjunctive therapies, instruction on ordering Vivos products, use of The Vivos Method for patients, and guidance on pricing and instruction on reimbursement protocols.

10. The training is in a highly personalized, deep immersion workshop format that provides VIPs and providers access to a team who is dedicated to creating a successful integrated practice.

11. Vivos also offers other products and services to VIPs, including (i) SleepImage home sleep apnea test rings ("SleepImage"), which can be leased to VIPs for use with patients; (ii) training and continuing education at the Vivos Institute training center, (iii) the Billing Intelligence Service ("BIS"), a subscription-based billing solution for VIPs, (iv) the Company's Medical Integration Division ("MID"), which manages independent medical practices under management and development agreements and (v) MyoCorrect, a service through which VIPs can provide

orofacial myofunctional therapy ("OMT") to patients via telemedicine technology ("MyoCorrect").

*Vivos' Trade Secret Protections*

12. Vivos maintains its products and methods, and all research and development, as confidential trade secrets. It does not disclose these to the public.

13. Vivos has taken significant steps to prohibit its innovative and proprietary methods and appliances from disclosure in order to protect its trade secret status.

14. Second, Vivos has instituted stringent employee policies to protect disclosure of its confidential trade secrets, including the confidential shareholder list.

15. Specifically, during Singh's employment, Vivos had a detailed Employee Handbook that contained several policies that prohibited use or disclosure of confidential information. The latest version of the Employee Handbook contains the same or very similar provisions.

16. For example, the Employee Handbook "Welcome Message" states the following: "We expect you to keep certain information confidential. Confidential Information is defined as 'all information in which its loss, undue use or unauthorized disclosure could adversely affect the Company's interests, image and reputation or compromise personal and private information of its members.'"

17. The Employee Handbook also contains several explicit confidentiality policies. For example, the Conflicts of Interest policy states that "[m]isusing privileged information or revealing confidential data to outsiders" constitutes improper behavior under the policy.

18. Additionally, the Confidential Information Policy states the following:

3

> The protection of confidential business information and trade secrets is vital to the interests and success of Vivos Therapeutics. Confidential information is any and all information disclosed to or known by you because of employment with the Company that is not generally known to people outside the Company about its business.

19. An employee who improperly uses or discloses trade secrets or confidential business information will be subject to disciplinary action up to and including termination of employment and legal action, even if he or she does not actually benefit from the disclosed information.

20. As a condition of his employment with Vivos, Singh agreed to the terms of the Employee Handbook.

21. Further, Vivos requires all dentists that participate in its VIP program to sign strict confidentiality agreements regarding intellectual property.

22. Vivos only teaches and trains dentists through its proprietary and password protected systems or at an authorized Vivos Institute Facility where access is limited to qualified providers.

23. Vivos also ensures that all production and manufacturing labs are under confidentiality and non-disclosures agreements.

24. Vivos also requires that its employees agree to and sign a Non-Disclosure and Invention and Copyright Assignment Agreement.

25. As a condition of his employment with Vivos, Singh agreed to the terms of the Non-Disclosure and Invention and Copyright Assignment Agreement.

*Singh's Employment and Employment Agreements*

26. In August and September 2016, Vivos acquired the business and operations of BioModeling Solutions, Inc. ("BMS").

27. At the time of the acquisition, Singh served as the founder, majority shareholder, and Chief Executive Officer of BMS.

28. BMS was engaged in the manufacture and sale of the patented DNA appliance and U.S. Food and Drug Administration ("FDA") cleared MRNA appliance, together with other proprietary treatment protocols that would ultimately form the basis of the Vivos Method.

29. Vivos acquired this proprietary information as part of the transaction and directly paid Dr. Singh for these rights.

30. While at Vivos, Singh held multiple positions including Chief Medical Officer ("CMO"), President, and Director.

31. On May 6, 2017, Singh executed an Employment Agreement with Vivos as Chief Medical Officer ("CMO") ("2017 Employment Agreement"), which included the Vivos Non-Disclosure and Invention and Copyright Assignment Agreement, which Singh's employment was subject to.

32. On October 9, 2020, Singh executed an Amended and Restated Executive Employment Agreement, which contained restrictive covenants of non-competition and non-solicitation.

33. Singh was involved in the research and development of current products and services during his employment with Vivos, along with next generation version of the products and services, and therefore had knowledge of all such products and services.

34. During his employment, Singh, as CMO actively employed individuals on his team to work on the research and development of Vivos' products and services.

*Singh's and Willey's New Business and Improper Conduct*

35. On March 1, 2022, Vivos terminated Singh for cause.

36. In approximately December 2022, Vivos learned that Singh had formed a new business, Koala Plus, with Willey to train dental and medical professionals in craniofacial and dental sleep medicine.

37. Vivos learned Koala Plus trains dentists and medical practitioners on the methods and treatments developed by Vivos, and as integrated into The Vivos Method, its products, and other facets of its business model.

38. Upon information and belief, Koala Plus is based upon the research and knowledge which Singh obtained while employed by Vivos, and as it was used to develop The Vivos Method.

39. Upon information and belief, Singh has illegally and improperly shared these trade secrets with Willey in order to develop Koala Plus, its curriculum, and business model.

40. Singh and Willey has refused to discontinue its business or offerings, and has pressed forward with their upcoming conference scheduled to begin on January 30, 2023 despite requests that they immediately cease and desist. Upon information and belief, Koala Plus was developed based on The Vivos Method, and the research and development of The Vivos Method and Vivos' appliances, and Vivos' business model.

41. Upon information and belief, Koala Plus serves as a direct competitor to Vivos.

42. Singh has no authority to share Vivos' trade secrets, and has done so without Vivos' consent.

6

43. Singh's and Willey's misconduct has created numerous distractions for Vivos management and the Vivos Board of Directors, and has irreparably damaged Vivos' interest, image, and reputation.

44. Singh's and Willey's misconduct and misappropriation of Vivos' trade secrets has caused, and will continue to cause, confusion in the marketplace while divulging valuable trade secrets belonging to Vivos.

45. Singh's and Willey's illegal and improper use of Vivos' trade secrets has adversely affected and significantly damaged Vivos' interests, image, and reputation.

46. Singh's misconduct in forming a competing business based upon the Vivos' business model has adversely affected and significantly damaged Vivos' interest, image, and reputation.

47. Monetary damages cannot remedy Singh's and Willey's misappropriation of Vivos' trade secrets.

48. Monetary damages cannot remedy Singh's misconduct of developing and forming a competing business to Vivos, which misappropriates Vivos' trade secrets.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2023.

_R. Kirk Huntsman_

7